Manor Realty Company, Appellant, *v.* Harry Koeppel et al., Defendants, and Abraham Lipsky et al., Respondents.

(Argued October 13, 1932; decided October 28, 1932.)

*Robert S. Kristeller* for appellant.

*Emil Weitzner, Jacob Goodman* and *Sidney Friedman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.